UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| BRYAN ALMOND,<br>     Plaintiff,<br>v.<br>LOGISTICS INC.,<br>     Defendant.<br>_____/ | Case No.: 21-11854<br><br>Denise Page Hood<br>United States District Judge<br><br>Curtis Ivy, Jr.<br>United States Magistrate Judge |

## **ORDER GRANTING DEFENDANT'S MOTION TO COMPEL (ECF No. 16)**

Plaintiff Bryan Almond filed this discrimination lawsuit on August 10, 2021. (ECF No. 1). The Court entered a scheduling order in May 2022. All fact discovery is due by December 16, 2022. (ECF No. 14, PageID.85). On August 5, 2022, Defendant moved to compel Plaintiff to respond to discovery requests. (ECF No. 16). The motion was referred to the undersigned. (ECF No. 17).

In Defendant's motion, Defendant explains that it served interrogatories and requests for production of documents on Plaintiff on June 6, 2022. (ECF No. 16, PageID.97). Despite numerous attempts to resolve the issue, Plaintiff has not responded. (*Id.* at PageID.98). To date, the Court has not received Plaintiff's response to Defendant's motion to compel. Responses to all motions must be filed within fourteen days of service. E.D. Mich. L.R. 7.1(e)(1)(A).

The Federal Rules of Civil Procedure require parties to respond to discovery requests (either with substantive responses or proper objections). *See* Fed. R. Civ. P. 33(b), 34(b)(2). The failure to timely respond can result in sanctions under Fed. R. Civ. P. 37. Defendant has reasonably argued that Plaintiff failed to respond to discovery requests. Plaintiff failed to refute Defendant's contentions within the time allotted. E.D. Mich. L.R. 7.1(e)(1)(A). For these reasons, Defendant's motion to compel (ECF No. 16) is **GRANTED**. Plaintiff must respond in full to the discovery requests **within 21 days** of this Order.

**IT IS SO ORDERED**.

The parties here may object to and seek review of this Order, but are required to file any objections within 14 days of service as provided for in Federal Rule of Civil Procedure 72(a) and Local Rule 72.1(d). A party may not assign as error any defect in this Order to which timely objection was not made. Fed. R. Civ. P. 72(a). Any objections are required to specify the part of the Order to which the party objects and state the basis of the objection. When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in effect unless it is stayed by the magistrate judge or a district judge. E.D. Mich. Local Rule 72.2.

Date: September 27, 2022     s/Curtis Ivy, Jr.
                             Curtis Ivy, Jr.
                             United States Magistrate Judge